UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VINAY JESSANI and WENY BURNETT,
Individually and on behalf of all other similarly
Situated,
                       Plaintiffs,

-against-

MONINI NORTH AMERICA, INC.,
                       Defendant.
------------------------------------------------------------X

USDC SD..
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/2017

17 **CIVIL** 3257 (LLS)

## **JUDGMENT**

      Defendant Monini North America ("Monini") having moved to dismiss plaintiffs' claims for violation of the Magnuson-Moss Warranty Act, 15 U.S.C. §§ 2301, et seq, breach of express and implied warranties, unjust enrichment, deceptive acts or practice in violation of New York Gen. Bus. Law § 349, false advertising in violation of New York Gen. Bus. Law § 350, negligent representation, fraud, unfair deceptive acts and practices in violation of the California Consumers Legal Remedies Act, violation of California's False Advertising Law, and violation of California's Unfair Competition Law, and the matter having come before the Honorable Louis L. Stanton, United States District Judge, and the Court, on August 3, 2017, having rendered its Memo-Endorsed Order granting Monini's motion to dismiss (Dkt. No. 11), it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo-Endorsed Order dated August 3, 2017, Monini's motion to dismiss (Dkt. No. 11) is granted.

Dated: New York, New York
         August 8, 2017

                                        **RUBY J. KRAJICK**
                                        Clerk of Court
                            BY:
                                          Deputy Clerk

                                  THIS DOCUMENT WAS ENTERED
                                  ON THE DOCKET ON 8/8/2017