# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

VINAY JESSANI and WENDY BURNETT, on behalf of themselves and all others similarly situated,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:17 CV 03257 ( LLS )(   )

-against-

**NOTICE OF APPEAL**

Monini North America, Inc.,

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: **all Plaintiffs**

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the ☐ judgment ☒ order entered on: **08/03/2017**

(date that judgment or order was entered on docket)

that: dismissed their claims under the Magnuson-Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.), breaches of express and implied warranty, unjust enrichment, negligent misrepresentation, and violations of New York and California's false advertising and consumer protection laws.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

08/14/2017
Dated

Signature*

Arisohn, Joshua D.
Name (Last, First, MI)

| 888 7th Avenue | New York | New York | 10019 |
|---|---|---|---|
| Address | City | State | Zip Code |

646-837-7150
Telephone Number

jarisohn@bursor.com
E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13